JS-6

# The United States District Court
## Central District of California

| | |
|---|---|
| SAGEBRUSH LLC DBA THE EDGE TREATMENT CENTER, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Anthem Blue Cross Life and Health Insurance Company, a California Corporation <br><br> Defendant. | Case No.: 8:23-cv-02134-JVS-DFM <br><br> Order Granting Stipulation to Remand Case to State Court [24] <br><br> Case Removed: November 15, 2023 |

Before this Court is the Stipulation of Plaintiff Sagebrush LLC dba The Edge Treatment Center ("Plaintiff") and Defendants Anthem Blue Cross Life and Health Insurance Company ("Anthem") (parties collectively referred to as the "Parties") to remand this case to Orange County Superior Court. Having reviewed the Stipulation, and good cause shown, the Court GRANTS the stipulation.

This case is remanded to Orange County Superior Court, Case No. 30-01332466-CU-BC-CJC.

**IT IS ORDERED.**

Date: March 04, 2024

_____
Hon. James V. Selna
United States District Judge

# Proof of Service

At the time of service, I was over the age of eighteen years and not a party to this action. I am employed by Lubin Pham + Caplin llp, whose business address is: 19200 Von Karman Suite #400, Irvine, CA 92612.

On Choose a Date, I served the following document(s):

☒ Order Granting Stipulation to Remand Case to State Court [24]

I served the above-listed documents on the following interested parties:

Chad R. Fuller
chad.fuller@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130
Phone: (858) 509-6000

*Attorneys for*
*Anthem Blue Cross Life and*
*Health Insurance Policy*

Jessamyn E. Vedro
jessamyn.vedro@troutman.com
Tina Safi Felahi
tina.felahi@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
Two California Plaza
350 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
Phone: (213) 928-9800

*Attorneys for*
*Anthem Blue Cross Life and*
*Health Insurance Policy*

Gayatri Raghunandan
gayatri.raghunandan@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
Three Embarcadero Center
Suite 800
San Francisco, CA 94111
Phone: (415) 477-5700

*Attorney for*
*Anthem Blue Cross Life and*
*Health Insurance Policy*

☐ **By Personal Service** (Code Civ. Proc., § 1011)—I personally served the document(s) to the above party or parties. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery

was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening.

☐ **By Mail** (Code Civ. Proc., § 1013 subd. (a))—I sealed the above-titled document(s) in an envelope with postage paid, addressed to each of the above listed persons at their corresponding address and deposited the envelope in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service.

☐ **By Express Mail** (Code Civ. Proc., § 1013, subd. (c))—I sealed the above-titled document(s) in an envelope with Express Mail postage paid, addressed to each of the above listed persons at their corresponding address and deposited the envelope in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ **By Other Overnight Delivery** (Code Civ. Proc., § 1013, subd. (c))—I placed the above-titled document(s) in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to each of the above listed persons at their corresponding address and deposited the envelope or package in a box or other facility regularly maintained by the express service carrier, or delivered the envelope or package to an authorized courier or driver authorized by the express service carrier to receive documents. The Other Overnight Delivery Service was:
  ☐ United Parcel Service (UPS)
  ☐ Federal Express (FedEx)

☐ **By Electronic Service** (Code Civ. Proc., § 1010.6)—I caused an electronic filing service provider to electronically serve the above-titled document(s) at the time the document(s) were submitted for filing with the Court, using the email address for each recipient that is on file with the electronic filing service provider for each party served, as indicated in the "Order Receipt" from the electronic filing service provider, which is incorporated here by reference.

☐ **By E-Mail** (Code Civ. Proc., § 1010.6)—I electronically served the above-titled document(s) to the above party or parties and either the party or parties expressly consented to receive electronic service in this action or the party or parties are represented and the court has ordered, or the arbitrator has ordered or otherwise authorized, electronic service on the party or parties' representative.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2024          Lubin Pham + Caplin llp

By: _____
[Declarant Name]